No. 281. ELLIS v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. D. Haden Linebaugh* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *Wm. H. Riley Jr.,* for the United States.

No. 284. FOOSHEE ET AL. v. SNAVELY. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. John L. Abbot* and *R. L. Fooshee* for petitioners. *Mr. Harvey B. Apperson* for respondent.

No. 287. DRESSER ET AL., ADMINISTRATORS, v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert B. Dresser* and *Joseph Fairbanks* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Charles F. Kincheloe, Fred K. Dyar,* and *Erwin N. Griswold* for the United States.

No. 288. SOUTHERN RY. CO. v. WILKINS, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Appellate Court of Indiana denied. *Messrs. Sidney S. Alderman, H. O'B. Cooper, John D. Welman,* and *S. R. Prince* for petitioner. *Mr. T. Morton McDonald* for respondent.

No. 289. MORING v. UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Theodore Mack*

636

for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States.

No. 290. HEALDTON OIL & GAS CO. *v.* ALEXANDER, COLLECTOR. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. John E. Hughes* and *William Cogger* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, Hayner.D. Larson, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for respondent.

No. 292. REDWINE *v.* KNOX ET AL. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. W. B. O'Connell* for petitioner. *Mr. Alfred D. Smith* for respondents.

No. 296. BENJAMIN CARROLL TABER *v.* UNITED STATES; and
No. 297. EDWARD CARROLL TABER *v.* SAME. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. Hollingsworth* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, J. P. Jackson, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for the United States.

No. 298. FIRST NATIONAL BANK *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals